UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br><br>v.<br><br>HUNG PHI VO,<br><br>Defendant. | NO.    CR26-113 BAT<br><br><br>INFORMATION<br><br>CLASS A MISDEMEANOR |

The United States charges that:

## Count 1

### (Delay or Destruction of Mail)

Between on or about August 14, 2024, and continuing through on or about September 26, 2025, in King County, within the Western District of Washington, HUNG PHI VO, without authority, knowingly and intentionally opened and destroyed certain mail not directed to him.

//

//

//

Information - 1
*United States v. Hung Phi Vo*
USAO No. 2026R00005

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

All in violation of Title 18, United States Code, Section 1703(b).

DATED this __16__ day of June, 2026.

*s/ Sarah Y. Vogel*
SARAH Y. VOGEL
Criminal Chief Assistant U.S. Attorney

AMY JAQUETTE
Assistant United States Attorney

CHARLOTTE STOREY
Special Assistant United States Attorney

Information - 2
*United States v. Hung Phi Vo*
USAO No. 2026R00005

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800